# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of March, two thousand and fifteen,

_____

United States of America,

                Plaintiff - Appellee,

v.

John Doe,

                Defendant - Appellee,

v.

Jerry Capeci, Gang Land News(ganglandnews.com),

                Appellants.

**ORDER**
Docket No: 15-331

_____

Counsel for APPELLANTS has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting 04/17/2015 as the brief filing date.

It is HEREBY ORDERED that Appellants' brief must be filed on or before 04/17/2015. The appeal is dismissed effective 04/17/2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

